Ling Fei Sun v. City of New York Good morning Honorable Judge This is Ms. Sun, Plaintiff for Appellate Process Please allow me to read the written paper to present my oral argument Thank you. You know you'll have five minutes Thanks Eastern District Court of New York wrongfully dismissed Plaintiff's oral claim against the defendants Appellate, Amherst Hospital, the doctors, and the defendants of Municipal On statute of limitation and claim pre-crucial grounds Clearly, the United States District Court should have applied the continuing violation and the continuing medical wrong acts doctrine The defendant parried the series of the continuing violation and the medical wrongful acts accord Please see my brief at page 3 to 15 Which the beginning of August was included in the series of related wrongful acts which was timely against the defendants Because the continuing violation and the continuing wrongful acts doctrine overrides the statute of limitation which allowed the plaintiff against the defendants Clearly, it was unconstitutional that the Eastern District Court ruled that the plaintiff could and should have brought her federal claim in her state court action Worse, as the claim pre-crucial, Judge Deary wrongfully dismissed the plaintiff's Eastern District Court case And the plaintiff has a right to amend the complaint and claim And the court should allow the plaintiff to amend the complaint and claim My life was saved from the defendants' apparent psychiatric ward hospitalizations Because I had asked mental health and supra-medical healing for justice I was discharged from the psychiatric ward hospitalizations by Judge's order Clearly, I'm normal, healthy, and no mental illness at all Time brings a new fact to the plaintiff's United States District Court case With a new fact, claim pre-crucial does not abound the plaintiff's District Court lawsuits Please see my reply brief Judge Deary's order and the court clerk's judgment which appealed that dismissed the plaintiff's apparent case were errored in negligence and unconstitutional Honorable Judge, please review my appeal case See my brief and reply brief The series of related continuing violations in the loan for exit occurred when I was in my room and in my living place having my daily life There was no any situation likely to result in serious harm to myself or other situations But the defendants forcibly arrested me and wrongfully imprisoned me and the defendants' Amherst Hospital and the doctors wrongfully abused the article of the New York Mental Hygiene Law to lock up me I am the person who was normal, healthy, and no mental illness at all was wrongfully detained in the psychiatric ward hospitalizations Please see my brief at page 3 to 15 and for example the situation on March 10, 2005 at page 7 to 8 The defendants' apparent violations in the loan for exit seriously harmed me Judge Deary's order and the judgment should be reversed The plaintiff's apparent Eastern District Court case should continue The defendants' apparent Amherst Hospital, the doctors, and the defendants of the municipal were responsible for the series of related continual violations and the continuing medical loan for exit and they must compensate the plaintiff They violated the plaintiff's constitutional right and civil liberty and their wrongful exit cruelly harmed the plaintiff Yes, I thank the United States Constitution for giving me a constitutional right I am here to present my oral argument to you. Thank you Thank you very much Good morning. Eva Jerome from the New York City Law Department on behalf of the medical and municipal appellees The appellant has had ample opportunity to present a meritorious case and she's been litigating these hospitalizations for 14 years trying different courts to assert the claims based on the exact same facts She's sought to appeal to the Court of Appeals. She's sought to appeal to the Supreme Court of the United States The federal complaint fares no better than her two unsuccessful state complaints Her claims in the federal court are barred either by res judicata, collateral estoppel, or the failure to state a claim Moreover, it would be futile exercise to allow her to amend again as no Monell claim can stand in the absence of a constitutional claim I want to just touch briefly on a few points that the appellant raised One is that she had a full and fair opportunity to litigate the applicability of the mental hygiene law and a full and fair opportunity to litigate whether there was any medical malpractice that would have prevented the privilege afforded under the mental hygiene law The continuing treatment doctrine is not applicable here because she on the one hand maintains that she has no illness whatsoever so she could not have an expectation of continuous treatment for a condition she denies ever having had The last point I'd like to make is that with respect to the municipal defendants there are grounds for dismissing them in addition to what the district court ruled which is that she has failed to plead any Monell liability whatsoever and she has alleged no personal involvement vis-a-vis Sgt. Cunningham and she indeed does not even respond to the Sgt. Cunningham in her reply If the court has no further questions, I will respectfully rest on a brief Thank you. Thank you for your argument. Thank you for your arguments. The court will reserve decision. The final case on the calendar, Brown v. Signorella, is on submission. The clerk will adjourn court.